UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
DEIRDRE SMALL and MALIKAH
ALKEBULAN.

                Plaintiffs,

                                      No. 03 CV 2139 (SLT)(MDG)

v.

                                    **STIPULATION OF DISMISSAL**

NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.
---------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for all of the parties, as follows:

       1)  This action, having been resolved by the parties through a separate Settlement

Agreement (a copy of which is attached), is dismissed, with prejudice, pursuant to

F.R.C.P. 41(a)(1)(A)(ii).

       2)  Counsel for the plaintiffs, if they wish,  may submit a motion to the Court for

an award of reasonable attorney's fees within sixty (60) days of the date that this

Stipulation is entered on the Court's docket sheet for this action; the parties consent,

pursuant to F.R.C.P. 73, that that  motion be referred to and decided by either the

presiding judge previously assigned to this action, Hon. Sandra L. Townes, or the

magistrate judge previously assigned to this action, Hon. Marilyn D. Go, M.J

3) This Stipulation of Dismissal shall take full force and effect when entered.

Dated: May  29 , 2012

_____
Armani B. Scott
59 Main Street (Suite 322)
West Orange, NJ  07052
Tel. (718) 644-8102
*Attorney for the Plaintiffs*

_____
Lonnie Hart, Jr.
44 Court Street (Suite ~~910)~~907 H|
Brooklyn, NY  11201
Tel. (718) 246-8200
*Attorney for the Plaintiffs*

_____
Richard Schoolman
Office of the General Counsel
New York City Transit Authority
130 Livingston Street
Brooklyn, NY  11201
Tel. (718) 694-4667
*Attorney for Defendant*